**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALLSTATE LIFE INSURANCE**
**COMPANY OF NEW YORK,**

                    **Plaintiff,**

v.                                                          **Case No:  6:12-cv-1019-Orl-22TBS**

**DEBRA LEWIS and LAUREN**
**PHILLIPS,**

                    **Defendants.**

_____

**ORDER**

This cause is before the Court on Plaintiff's Second Amended Motion for Attorney's Fees

and Costs (Doc. No. 36) filed on November 1, 2012, and on related matters.

The United States Magistrate Judge has submitted a report recommending that the

Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and conclusions

of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation filed November 7, 2012 (Doc. No. 37), is

ADOPTED and CONFIRMED and made a part of this Order.

2.       The Plaintiff's Second Amended Motion for Attorney's Fees and Costs is hereby

GRANTED in part and DENIED in part.  The Motion is DENIED as to attorneys' fees and

GRANTED as to costs.  Plaintiff is awarded costs in the amount of $449.95 to be deducted from

the life insurance proceeds.

3.       The Clerk is directed to enter a Judgment providing that Lauren Phillips is

declared to be the proper beneficiary to the life insurance proceeds from Policy No. 760 043 007, issued by Plaintiff Allstate Life Insurance Company of New York to Daniel J. Bolbrock, and that Debra Lewis is not entitled to any proceeds.  Debra Lewis is hereby restrained from instituting or prosecuting, in any State or United States court, any other action or proceeding affecting the insurance proceeds that are the subject matter of this suit. Plaintiff and Phillips are hereby discharged from further liability under the life insurance policy issued to Daniel J. Bolbrock. Plaintiff is directed to pay $99,550.05 of the proceeds from Daniel J. Bolbrock's life insurance policy to Lauren Phillips ($100,000.00-$449.95 costs).

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2012.


ANNE C. CONWAY
United States District Judge


Copies furnished to:

Counsel of Record

Debra Lewis
639 Fifth Street
Port Orange, FL  32129